UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

KATHERINE MARIE SHERRIT,

              Debtor.
_____/

KAREN EVANGELISTA, TRUSTEE,

              Plaintiff,

vs.

MIKHOLAE HUTCHINSON, *pro se*,

              Defendant.
_____/

Case No. 24-42642

Chapter 7

Judge Thomas J. Tucker

Adv. No. 24-4390

**ORDER GRANTING, IN PART, PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND DENYING, AS MOOT, DEFENDANT'S "EMERGENCY MOTION TO STRIKE PLAINTIFF'S CERTIFICATE OF NO RESPONSE"**

This adversary proceeding is before the Court on the motions for summary judgment filed by the parties.[1] Also before the Court is a motion filed by the Defendant on May 16, 2025, entitled "Defendant's Emergency Motion to Strike Plaintiff's Certificate of No Response (Dkt. #69)."[2] Today the Court has filed a written opinion regarding these motions (Docket # 73). For the reasons stated by the Court in that written opinion, the Court now enters this Order.

IT IS ORDERED as follows:

1. The Defendant's motion for summary judgment (Docket # 54) is denied.

---

[1] Docket ## 54, 63.

[2] Docket # 71.

2. The Plaintiff's motion for summary judgment (Docket # 63) is granted, to the extent of the relief provided by this Order, and otherwise is denied.

3. The Defendant's motion entitled "Defendant's Emergency Motion to Strike Plaintiff's Certificate of No Response (Dkt. #69)" (Docket # 71) is denied, as moot.

4. Judgment is entered in favor of Plaintiff Karen Evangelista, Chapter 7 Trustee, and against Defendant Mikholae Hutchinson, on Count III of the Plaintiff's First Amended Complaint (Docket # 34) in the amount of $1,870.61, plus post judgment interest at the federal statutory rate under 28 U.S.C. § 1961.

*This is a final judgment that concludes this adversary proceeding.*

**Signed on May 19, 2025**



/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**